FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 13 2006

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JAMES DAVID HOWARD,
ADC #102627                                                             PLAINTIFF

v.                                    4:06CV01295GTE/HLJ

DAVID TALLEY                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies that any appeal taken from this Judgment and the accompanying Memorandum and Order is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 13th day of October, 2006.

_____
United States District Judge